**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **THADDIUS CASE,**<br>    Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-30** |
| **ATALCO GRAMERCY, LLC, ET AL.,**<br>    Defendants | **SECTION: "E" (5)** |

**ORDER OF DISMISSAL**

The Court having been advised by counsel for plaintiff, Thaddius Cade, and the remaining defendant in this matter, Atalco Gramercy, LLC, that they have firmly agreed upon a compromise in this matter;

**IT IS ORDERED** that this action be and is hereby dismissed as to the aforementioned parties, without costs and without prejudice to the right, upon good cause shown, within sixty days, to reopen the action if the settlement is not consummated. In addition, the Court specifically retains jurisdiction to enforce the settlement agreement if settlement is not consummated within sixty days. *See* Fed. R. Civ. P. 41(a)(2); *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 4th day of October, 2024.

_____
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**
